**Charlena SINGLETON, Plaintiff–Appellant,**

v.

**Al CANNON, Sheriff, Charleston County, Defendant–Appellee.**

**No. 02–1532.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 4, 2002.

---

152

Charlena Singleton, Appellant Pro Se. Bernard Eugene Ferrara, Jr., Charleston County Attorney's Office, North Charleston, South Carolina, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charlena Singleton appeals the district court's orders denying her motion to reopen her case and her motion for relief from judgment pursuant to Fed.R.Civ.P. 60. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Singleton v. Cannon,* No. CA–99–3636–2–18 (D.S.C. Apr. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*